IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AFRIM DZELILI, individually and on
behalf of all others similarly situated,

JUDGMENT IN A CIVIL CASE

Plaintiff,

Case No. 11-cv-735-bbc

v.

WILDERNESS HOTEL & RESORT, INC.
and VACATIONLAND VENDORS, INC.,

Defendants.

This action came for consideration before the court with District Judge
Barbara B. Crabb presiding. The issues have been considered and a decision has
been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants Wilderness Hotel & Resort, Inc. and Vacationland Vendors, Inc. granting

defendants' motions to dismiss for plaintiff Afrim Dzelili's failure to state a claim upon

which relief may be granted.

Peter Oppeneer, Clerk of Court        3/27/12
                                       Date