IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AFRIM DZELILI, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

WILDERNESS HOTEL & RESORT, INC.
and VACATIONLAND VENDORS, INC.,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-735-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Wilderness Hotel & Resort, Inc. and Vacationland Vendors, Inc. granting defendants' motions to dismiss for plaintiff Afrim Dzelili's failure to state a claim upon which relief may be granted.

_____    3/27/12
Peter Oppeneer, Clerk of Court    Date